

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07cr310–HEH |
| | ) | |
| TORRY T. LEWIS, | ) | |
| | ) | |
| Petitioner. | ) | |

### ORDER
(Accepting Report and Recommendation
and Denying 28 U.S.C. § 2255 Motion)

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that: the Report and Recommendation (Dk. No. 100) is ACCEPTED AND ADOPTED; the motion under 28 U.S.C. § 2255 (Dk. No. 75) is DENIED; the action is DISMISSED; and a certificate of appealability is DENIED.

Lewis may appeal the decision of the Court. Should he wish to appeal, a written notice of appeal must be filed within sixty (60) days of the date of entry hereof. Failure to file a timely notice of appeal may result in the loss of the ability to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Lewis and counsel of record.

It is SO ORDERED.

                                                            /s/
                                         HENRY E. HUDSON
                                         UNITED STATES DISTRICT JUDGE

Date: Feb. 6, 2012
Richmond, Virginia